NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARAZAIS OLIVEROS, as personal )
representative of the Estate of Sergio R. )
Oliveros, deceased, )
                             )
           Appellant, )
                             )
v. )         Case No. 2D17-3900
                             )
STATE OF FLORIDA, )
                             )
           Appellee. )
_____ )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Christopher E. Cosden of Fort Myers,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.